O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DARNELL THOMAS, | Case No. CV 09-03074-GHK (OP) |
| Plaintiff, | JUDGMENT |
| v. | |
| JAMES H. SMITH, III, et al., | |
| Defendants. | |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   4/22/13

HONORABLE GEORGE H. KING
Chief United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge